IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 107.138.24.150

**ISP:** AT&T U-verse
**Physical Location:** Round Rock, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/21/2019 20:44:27 | BDA86ADE65C0E7277A803D065825A7DEB67E3186 | Fashion Model Private Strip Tease |
| 04/09/2019 05:55:42 | 50F2E1A6141A9F29B86C9F2631BF0826EF4DDF62 | Best Fashion Model Girlfriends |
| 12/14/2018 05:57:57 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 12/14/2018 05:48:32 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 12/14/2018 05:44:23 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 12/14/2018 05:40:31 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 12/14/2018 05:39:04 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 10/26/2018 12:33:16 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 08/31/2018 11:53:49 | 8B13C0643AF97C46E7B33AB5FDB77B04E2E5F117 | Sex With Gymnasts |
| 07/29/2018 02:54:05 | E9B3F020F65BBD3963D8FB2184CF8327F40E6DE1 | X Marks The Spot |
| 07/29/2018 01:11:52 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 07/18/2018 12:28:31 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 07/14/2018 14:53:26 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 07/10/2018 15:13:25 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

WTX48