UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action Case No. 5:19-cv-00927-OLG |
| v. | ) |
| | ) |
| JOHN DOE infringer using | ) |
| IP address 107.138.24.150, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 107.138.24.150. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 14, 2019

                                          Respectfully submitted,

                                          By: /s/ Paul S. Beik
                                          Paul S. Beik
                                          Texas Bar No. 24054444
                                          BEIK LAW FIRM, PLLC
                                          8100 Washington Ave., Suite 1000
                                          Houston, TX 77007
                                          T: 713-869-6975
                                          F: 713-868-2262
                                          E-mail: paul@beiklaw.com
                                          **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: /s/ Paul S. Beik
                                                  PAUL S. BEIK